IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DERRICK YAZZIE,**

      Plaintiff,

v.     No. CIV-16-0472 RJ/LAM

**SETH FEZATTE and**
**WERNER ENTERPRISES, Inc.,**

      Defendants.

### ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on November 2, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 31*], filed October 19, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**