**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DERRICK YAZZIE,

     Plaintiff,

v.                                                                              No. 2:16-cv-472 JAP/KRS

SETH FEZATTE and
WERNER ENTERPRISES, INC.,

     Defendants.

### ORDER TO PRODUCE UPDATED INITIAL DISCLOSURES

THIS MATTER is before the Court upon Plaintiff's request made at the February 12, 2021, status conference for Defendants to produce updated initial disclosures regarding their insurance policies.

IT IS THEREFORE ORDERED that **no later than February 26, 2021** Defendants shall produce all insurance policies in compliance with Federal Rule of Civil Procedure 26(a)(1)(A)(iv).   If any issues remain regarding Defendants' insurance policies, Plaintiff shall promptly bring that to the Court's attention by filing an appropriate motion.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE