IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DERRICK YAZZIE,

    Plaintiff,

v.     No. 2:16-cv-472 JAP/KRS

SETH FEZATTE and
WERNER ENTERPRISES, INC.,

    Defendants.

## ORDER DENYING MOTION FOR PROTECTIVE ORDER

THIS MATTER is before the Court on Defendants' Motion for Protective Order, (Doc. 173), in which Defendants ask the Court to order the parties to enter into a protective order prohibiting Plaintiff and his attorneys from sharing Defendant's insurance policies. Plaintiff filed a response in opposition to the Motion, (Doc. 174). No reply to the Motion has been filed and the time for doing so has passed.

At the April 14, 2014, status conference, the Court considered the provision of Rule 26(c)(1)(G), that a court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." The Court found that Defendants have not demonstrated good cause to issue a protective order prohibiting dissemination of the insurance policies and that the Motion is not timely because it was filed after Defendants disclosed the insurance policies.

IT IS THEREFORE ORDERED that Defendants' Motion for Protective Order, (Doc. 173), is denied.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE