IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DERRICK YAZZIE,

    Plaintiff,

vs.                                                                           No.: 1:16-cv-00472-KWR-KRS

SETH FEZATTE and
WERNER ENTERPRISES, INC.,

    Defendants.

**<u>ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO VACATE TRIAL SETTING</u>**

On this day came on to be heard the Plaintiff's Unopposed Motion to Vacate Trial Setting. After reviewing the motion, the Court enters the following order:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Unopposed Motion to Vacate Trial Setting is **WELL-TAKEN** and is hereby **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the current trial setting of **February 7, 2022** be vacated, and trial of this matter be reset to **April 11, 2022 at 9:00 a.m.** The Court will reissue an *Amended Order Setting Pre-Trial Order Deadlines.*

**SIGNED** this **25TH** day of **JUNE 2021.**

                                                     **KEA W. RIGGS**
                                                     **UNITED STATES DISTRICT JUDGE**