IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DERRICK YAZZIE,

    Plaintiff,
v.
                                                                                                                                          No. 1:16-cv-00472-KWR-KRS

SETH FEZATTE and
WERNER ENTERPRISES, INC.,
    Defendants.

## **AMENDED ORDER SETTING PRE-TRIAL ORDER DEADLINES**

**THIS MATTER** having come before the Court for hearing on **June 9, 2021** and the Court having heard the arguments of counsel and having found that counsel is ready to proceed to trial,

**IT IS HEREBY ORDERED** that counsel are directed to file a consolidated final Pre-Trial Order as follows: Plaintiff to Defendant on or before **Friday, February 25, 2022.** Defendant to the Court on or before **Friday, March 11, 2022.** Counsel are directed that the Pre-Trial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel **no later than Friday, March 11, 2022** prior to the time set for trial. Any exceptions thereto must be upon order of the Court for good cause shown.

This matter is set for a 1st Pre-Trial Conference on **Thursday, March 24, 2022 at 9:30 a.m.**

This matter is set for a Final Pre-Trial Conference/Call of the Calendar on **Thursday, April 7, 2022 at 9:30 a.m.**

This matter is set for a Jury Trial on a trailing docket beginning on **Monday, April 11, 2022 at 9:00 a.m. (Albuquerque/Bonito Courtroom).**

**IT IS SO ORDERED this 25TH day of JUNE 2021.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**